ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 2 9 2005 ηρ
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> GERARDO ELOY GONZALEZ, JR., ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00042 <br><br> **STIPULATION OF PARTIES TO CONTINUE STATUS HEARING; AND ORDER** |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, Cynthia V. Ecube, hereby stipulate to continue the status hearing

//
//
//
//
//
//
//
//
//

| | |
|---|---|
| 1 | currently scheduled for August 29, 2005, and that it be rescheduled to a date approximately three |
| 2 | (3) months thereafter to be selected by the court. |
| 3 | SO STIPULATED. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 8/29/05

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 8/29/05

_____
CYNTHIA V. ECUBE
Attorney for Defendant

-2-