# ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

NOV - 2 2005

**MARY L.M. MORAN
CLERK OF COURT**

7

8  ## IN THE UNITED STATES DISTRICT COURT

9  ## FOR THE DISTRICT OF GUAM

10 UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. 05-00042
                                      )
11              Plaintiff,            )
                                      )   **UNITED STATES' APPLICATION
12         vs.                        )   TO UNSEAL RECORD**
                                      )
13 GERARDO ELOY GONZALEZ, JR.,        )
                                      )
14              Defendant.            )
                                      )
15 _____)

16         COMES NOW the United States and moves this Honorable Court for an Order unsealing

17 the record in the above-captioned matter, as to defendant GERARDO ELOY GONZALEZ, JR.,

18 for the reason that the investigation in this case is now complete and there is no further reason for

19 these proceedings to remain silent.

20         Respectfully submitted this  2nd  day of November, 2005.

21                                              LEONARDO M. RAPADAS
                                                United States Attorney
22                                              Districts of Guam and NMI

23

24                                   By:   _____
                                           MARIVIC P. DAVID
25                                         Assistant U.S. Attorney

26

27

28