LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV - 3 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> GERARDO ELOY GONZALEZ, JR., ) <br> ) <br> Defendants. ) <br> ) | CRIMINAL CASE NO. 05-00042 <br><br> ORDER <br> re: November 2, 2005 <br> United States' Application <br> to Unseal Record |

The United State's Application to Unseal the Record, in the above captioned matter, filed November 2, 2005, is hereby granted.

**SO ORDERED** this 3rd day of November, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**