LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00042 |
| Plaintiff, ) | |
| vs. ) | **ORDER**<br>**November 28, 2005**<br>**Stipulation of Parties** |
| GERARDO ELOY GONZALEZ, JR., ) | |
| Defendant. ) | |

Based on the Stipulation of Parties filed November 28, 2005, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the November 29, 2005, status hearing is vacated, and that sentencing is set for March 15, 2006, at 9:30 a.m. before Judge James L. Robart.[1] The presentence report shall be provided to the parties by January 24, 2006. The parties shall file their responses to the presentence report no later than February 7, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than February 21, 2006.

DATE: November 29, 2005

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

---

[1] The Honorable James L. Robart, United States District Judge for the Western District of Washington, sitting by designation.