LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 26 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> GERARDO ELOY GONZALEZ, JR, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00042 <br><br> GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT AND MOTION FOR ADDITIONAL ONE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY |

Comes now the United States and adopts the findings of the Presentence Investigation Report (PSR) with the following comments: Paragraph 69 of the PSR correctly includes a three-level decrease for acceptance of responsibility under USSG § 3E1.1. The defendant timely notified the government of his intention to enter a plea of guilty at a sufficiently early stage in the process so that the government was able to avoid preparing for trial, and the court was able to schedule its calendar efficiently.

//

//

Also, prior to the sentencing hearing, the government intends to file a substantial assistance downward departure motion pursuant to USSG §5K1.1 and 18 U.S.C. § 3553(e).

Dated this 26th day of January 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

2

Case 1:05-cr-00042    Document 18    Filed 01/26/2006    Page 2 of 2