LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
**GERARDO E. GONZALEZ, JR.**

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERARDO E. GONZALEZ, JR.,<br><br>Defendant. | CRIMINAL CASE NO. 05-00042<br><br>DEFENDANT GONZALEZ' POSITION STATEMENT REGARDING FINDINGS OF THE PSI REPORT |

## I. INTRODUCTION

**COMES NOW**, Defendant, **GERARDO E. GONZALEZ, JR.**, by and through his Court appointed counsel fo record, **CYNTHIA V. ECUBE, ESQ.** with the **LAW OFFICE OF CYNTHIA V. ECUBE, ESQ., P.C.**, and hereby submits its Statement of Position regarding the Findings of the Pre-Sentence Investigation Report (hereinafter "PSI Report") filed in the above-entitled criminal matter, herein.

With respect to other factors related to the above-matter, Defendant **GONZALEZ** hereby submits the following request to the Court for further consideration. Defendant **GONZALEZ** requests that the Court recommend to the Bureau of Prisons that he enroll in a drug treatment program once he is incarcerated. Additionally, Defendant **GONZALEZ** requests that he self surrender. Presently, Defendant has been residing in California since change of plea of guilty. Defendant has and continues

to comply with the Court and the Probation Office's pre-sentencing conditions of release. There have been no adverse reports or information against the Defendant, herein.

Dated this 1st day of March, 2006.

By: _____

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CVE/gpm
L:\CVE CLIENTS\Gonzalez, Gerardo E.\Position Statement re Findings of PSI Report\03-01-06

# CERTIFICATE OF SERVICE

I, **GENEVIEVE P. MESA**, Legal Secretary with the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 1st day of March, 2006, I caused to be served via facsimile a copy of "Defendant **GONZALEZ'** Position Statement regarding the Findings of the Pre-Sentence Investigation Report" in Criminal Case No. 05-00039, to:

**MARAVIC DAVID,** Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez, Suite 500
Hagåtña, Guam 96910

and to,

**MELINDA N. BRUNSON**
United States Probation Officer
United States Probation Office
2nd Floor, District Court
520 W. Soledad Ave.
Hagåtña, Guam 96910

_____
GENEVIEVE P. MESA