LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

ORIGINAL
FILED
DISTRICT COURT OF GUAM
MAR 13 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GERARDO ELOY GONZALEZ, JR., <br><br> Defendant. | CRIMINAL CASE NO. 05-00042 <br><br> GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE UNDER USSG § 5K1.1 AND 18 U.S.C. § 3553(e) |

Comes now the United States and moves, pursuant to USSG § 5K1.1 and 18 U.S.C. § 3553(e), for a downward departure from the statutory mandatory minimum sentence of 120 months to Level 20, which will yield an advisory guideline range of 37 to 46 months with Criminal History Category II. The government intends to recommend the minimum term under said range, and the reasons for such recommendation are set forth in a memorandum.

RESPECTFULLY SUBMITTED this 13th day of March 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney