ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 13 2006 ᑫP
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00042 |
| Plaintiff, | ) |
| vs. | ) GOVERNMENT'S SENTENCING |
| | ) MEMORANDUM |
| GERARDO ELOY GONZALEZ, JR, | ) |
| Defendant. | ) |

COMES NOW the United States and moves for a downward departure under USSG § 5K1.1 and 18 U.S.C. § 3553(e) to Level 20 of the Sentencing Guidelines based on the substantial assistance the defendant provided to agents with the U.S. Immigration and Customs Enforcement.

Soon after his arrest on May 16, 2005 for bringing in methamphetamine for distribution to Guam, the defendant immediately cooperated with agents and identified his drug associates on island and elsewhere. The defendant's girlfriend, Mia Mary Rojas, was also arrested on the same date. She and the defendant obtained the drugs from a friend in Texas. The defendant traveled with Rojas to Guam to ensure that the drugs were delivered and they would be compensated for their roles.

The next day both the defendant and Rojas assisted agents in three separate controlled deliveries of the drugs which took place in a room in the Mai Ana Hotel. As a direct result of

defendant's substantial assistance, the following individuals were arrested and prosecuted for their involvement in the drug trafficking ring: U.S. v. John T. Peralta, CR# 05-00061 (awaiting sentencing); U.S. v. Sean Michael Cole CR# 05-00039 (160 months imprisonment); U.S. v. Lisa Marie Rodriguez a/k/a Lisa Rodriguez Cole, CR# 05-00077 (awaiting sentencing); U.S. v. Gilbert J. Matta, CR# 05-00039 (acquitted); U.S. v. Jessica R. Mesa, CR# 05-00074 (awaiting sentencing); U.S. v. Deanna I. Morales, CR# 05-00039 (46 months imprisonment); and U.S. v. Annette Gonzalez, CR# 05-00039 (78 months imprisonment). Part of the incriminating recorded conversations during one of the May 17, 2005 controlled deliveries also were significant in the prosecution of U.S. v. Ricky A. Nelson, CR# 05-00060 (95 months imprisonment); and U.S. v. Erica R. Borja, CR# 05-00049 (awaiting sentencing). As well, Mia Mary Rojas received a sentence of 37 months imprisonment.

For all these reasons, a downward departure to Level 20, which provides a range of 37 to 46 months under Criminal History Category II, is appropriate and the government will recommend the minimum term under said range.

RESPECTFULLY SUBMITTED this 13th day of March 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: MARIVIC P. DAVID
Assistant U.S. Attorney

2