

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

**FILED**
DISTRICT COURT OF GUAM
MAR 15 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00042    DATE: March 15, 2006

***

**HON. JAMES L. ROBART, Designated Judge**    Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles    Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:32:27 - 9:49:45    CSO: B. Benavente / J. Lizama

**APPEARANCES**

**DEFT: GERARDO ELOY GONZALEZ, JR.**    **ATTY: CYNTHIA V. ECUBE**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.    ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID    AGENT: JOHN DUENAS, Immigration & Customs Enforcement

U.S. PROBATION: MARIA CRUZ    U.S. MARSHAL: NONE PRESENT

***

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS
   Base offense level:    Total offense level: 20    Criminal History Category: II

   NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Concurred with the Government's recommendation regarding the downward departure and request for a sentence at the low end of the guidelines

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Government's Motion for Downward Departure - Granted.

Government's Motion to Dismiss the Indictment in CR-05-00039 - Granted.

Defense moved for the defendant to be allowed to receive drug counseling while in prison; self-surrender pending designation of Bureau of Prisons; and for a judicial recommendation to either Lompoc or Atwater California facilities. All requests were Granted by the Court.

12:05

SENTENCE:   CR-05-00042                         DEFENDANT: GERARDO ELOY GONZALEZ, JR.

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF 37 MONTHS WITH CREDIT FOR TIME SERVED.  DURING IMPRISONMENT, THE DEFENDANT SHALL PARTICIPATE IN A DRUG TREATMENT AND VOCATIONAL PROGRAM AS APPROVED BY THE U.S. PROBATION OFFICE.

( X )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT EITHER LOMPOC OR ATWATER, CALIFORNIA.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF FIVE YEARS.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, OR LOCAL OFFENSE.

2. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.  HE SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER.  THE DEFENDANT SHALL SUBMIT TO A MAXIMUM OF EIGHT DRUG TESTS PER MONTH, AS DIRECTED BY THE U.S. PROBATION OFFICER.

3. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION.

5. DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL REFRAIN FROM THE USE OF ALL ALCOHOLIC BEVERAGES.

7. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL.  THE DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR THE PROGRAM AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

8. DEFENDANT SHALL SEEK AND MAINTAIN GAINFUL EMPLOYMENT.

9. DEFENDANT SHALL COMPLETE 300 HOURS OF COMMUNITY SERVICE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

PURSUANT TO U.S.S.G. SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

DEFENDANT WAS ORDERED PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED.  DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.  COURT ORDERS THAT A COMPLETE AND CORRECTED COPY OF THE PRESENTENCE REPORT BE PREPARED FOR THE BUREAU OF PRISONS AND THE U.S. SENTENCING COMMISSION.

DEFENDANT WAS RELEASED AND ALLOWED TO SELF-SURRENDER TO THE DESIGNATED BUREAU OF PRISONS FACILITY.

Courtroom Deputy: _____