# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>vs.<br><br>Gerardo Eloy Gonzalez, Jr.,<br><br>          Defendant. | Case No. 1:05-cr-00042<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment in a Criminal Case and Notice of Entry filed March 15, 2006***, on the dates indicated below:

| *U.S. Attorney's Office* | *Cynthia Ecube* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *March 16, 2006* | *March 16, 2006* | *March 16, 2006*<br>*(Judgment only)* | *March 16, 2006*<br>*(Judgment only)* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment in a Criminal Case and Notice of Entry filed March 15, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 16, 2006            /s/ Marilyn B. Alcon
                                                           Deputy Clerk