

**FILED**
DISTRICT COURT OF GUAM
APR 20 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
### FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. CR05-00042-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **INFORMATIONAL** |
| | ) | **VIOLATION REPORT** |
| GERARDO ELOY GONZALEZ, JR. | ) | |
| Defendant. | ) | |
| | ) | |

**Re:     Violation of Pretrial Release Conditions;  No Action Requested**

On March 15, 2006, the defendant, Gerardo Elroy Gonzalez, Jr., appeared before the Honorable James L. Robert, designated District Judge for the U.S. District Court of Guam and was sentenced to 37 months imprisonment and five years supervised release for the offense of Conspiracy to Distribute Methamphetamine Hydrochloride, a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii) and 846. The court allowed the defendant to remain released and return to California pending designation of a prison facility.

He has been on courtesy supervision through the U.S. Pretrial Services in the Northern District of California. He was ordered to abide with conditions of release, to include that he shall not commit any offense in violation of federal, state, or local law. On April 10, 2006, U.S. Pretrial Services Officer Paul Mamaril from the Northern District of California was informed of the defendant's arrest on April 3, 2006. Subsequently, the defendant was charged in the Superior Court of California, County of Alameda for the crimes of Count 1 - Second Degree Burglary, in violation of Penal Code, Section 459, and Count 2 - Receiving/Concealing Stolen Property, in violation of Penal Code, Section 496A. Allegedly, the crime involved the defendant being a passenger in a vehicle that was transporting stolen aluminum materials. He was detained at the Santa Rita County Jail in Dublin, California. He was represented by Public Defender Robin Dubner. On April 14, 2006, the defendant pleaded guilty and was sentenced to three years court probation on Count 2 - Receiving/Concealing Stolen Property, as a misdemeanor. He was also ordered to pay a $120 court fee. Following sentencing, he was released from custody.

# ORIGINAL

INFORMATIONAL VIOLATION REPORT
Violation of Pretrial Release Conditions; No Action Requested
Re:    Gerardo Eloy Gonzalez, Jr.
USDC Cr. Cs. No. 05-00042-001
April 20, 2006
Page 2

**Mandatory Condition:** *Shall not commit any offense in violation of federal, state, or local law while on release in this case, and abide by all the terms of his plea agreement.*

**Recommendation:** The probation officer respectfully recommends that the court take no action at this time. The defendant has been designated to FCI Lompoc in California to serve his 37 month sentence, and he is scheduled to self-surrender to the institution probably within the next one to two weeks, or sooner.

RESPECTFULLY submitted this _20th_ day of April 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:    _Maria Cruz_
MARIA C. CRUZ
U.S. Probation Officer

Approved by:

_____
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

cc:    Marivic P. David, AUSA
       Cynthia Ecube, Defense Counsel
       Paul Mamaril, U.S. Pretrial Services Officer
       File